UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**APPEARANCE**

MICHAEL JOHNSON,

    Plaintiff,                                      :

VS.                                               :        Case No. 3:15cv00271 (WWE)

ROAD READY USED CARS, INC., ET AL.    :

    Defendants.                              :        MAY 11, 2015

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    Defendant Gateway One Lending & Finance, LLC.


| | |
|---|---|
| May 11, 2015_ | /s/ Jonathan J. Klein |
| Date | Signature |
| | |
| ct00513 | Jonathan J. Klein |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| (203) 330-1900 | 1445 Capitol Avenue |
| Telephone Number | Address |
| | |
| (203) 330-1526 | Bridgeport, CT  06604-1619 |
| Fax Number | |
| | |
| jjkesq@hotmail.com | |
| E-mail address | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jonathan J. Klein
Jonathan J. Klein (ct00513)
1445 Capitol Avenue
Bridgeport, Connecticut 06604-1619
Phone: (203) 330-1900
Fax: (203) 330-1526
E-mail: jjkesq@hotmail.com