UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JOHNSON,
    Plaintiff,

v.                                          3:15-cv-00271-WWE

ROAD READY USED CARS, INC.,
RONALD SARACINO, and
GATEWAY ONE LENDING & FINANCE,
LLC,
    Defendants.

## SPECIAL VERDICT FORM

BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY CLAIM

1. Do you find that Road Ready breached the implied warranty of merchantability?

 __X__ Yes  _____ No

*If the answer to No. 1 is "Yes", then you have found for the Plaintiff on the claim for breach of the implied warranty of merchantability, and you should proceed to No. 2. If the answer to No. 1 is "No," then you have found for the Defendants on that claim, and you should skip No. 2 and proceed directly to No. 3.*

2. Do you find that Road Ready's breach of the implied warranty of merchantability was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

 _____ Yes __X__ No

*If the answer to No. 2 is "Yes", then you have found for the Plaintiff on the claim for breach of the implied warranty of merchantability. If your answer to No. 2 is "No" then you have found for the Defendants on that claim.*

BREACH OF EXPRESS WARRANTY CLAIM

3. Do you find that Defendant Road Ready or any of its representatives made any express warranties to the Plaintiff regarding the condition, history, inspection, or preparation of the vehicle?

__X__ Yes _____ No

*If the answer to No. 3 is "Yes", then you should proceed to No. 4. If the answer to No. 3 is "No," then you have found for the Defendants on the breach of express warranty claim and you should skip Nos. 4 & 5 and proceed directly to No. 6.*

4. Do you find that Road Ready breached any of the express warranties that it has made?

__X__ Yes _____ No

*If the answer to No. 4 is "Yes", then you have found for the Plaintiff on the claim for breach of express warranty, and you should proceed to No. 5. If the answer to No. 4 is "No," then you have found for the Defendants on that claim, and you should skip No. 5 and proceed directly to No. 6.*

5. Do you find that Road Ready's breach of express warranty was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

_____ Yes __X__ No

2

CONNECTICUT UNFAIR TRADE PRACTICES ACT ("CUTPA") CLAIM – ROAD READY

6. Do you find that the Road Ready violated CUTPA?

__X__ Yes _____ No

*If your answer to 6 is "Yes", then please proceed to No. 7. If the answer to No. 6 is "No," then you have found in favor of Road Ready on the CUTPA claim, and you should skip Nos. 7 & 8 and proceed directly to No. 9*

7. Do you find that the Plaintiff suffered an ascertainable loss of money or property on account of any of the violation(s) of CUTPA by Road Ready?

__X__ Yes _____ No

*If the answer to No. 7 is "Yes", then you have found that Plaintiff has prevailed against Road Ready for violating CUTPA, and you should proceed to No. 8. If the answer to No. 7 is "No," then you have found for Road Ready on that claim, and you should skip No. 8 and proceed directly to No. 9.*

8. Do you find that Road Ready's violation of CUTPA was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

_____ Yes __X__ No

CONNECTICUT UNFAIR TRADE PRACTICES ACT ("CUTPA") CLAIM – SARACINO

9. Do you find that Ronald Saracino violated CUTPA?

__X__ Yes _____ No

*If your answer to 9 is "Yes", then please proceed to No. 10. If the answer to No. 9 is "No," then you have found in favor of Mr. Saracino on the CUTPA claim, and you should skip Nos. 10 & 11 and proceed to No. 12.*

10. Do you find that the Plaintiff suffered an ascertainable loss of money or property on account of any of the violation(s) of CUTPA by Mr. Saracino?

__X__ Yes _____ No

*If the answer to No. 10 is "Yes", then you have found that Plaintiff has prevailed against Mr. Saracino for violating CUTPA, and you should proceed to No. 11. If the answer to No. 10 is "No," then you have found for Mr. Saracino on that claim, and you should skip No. 11 and proceed directly to No. 12.*

11. Do you find that Mr. Saracino's violation of CUTPA was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

_____ Yes __X__ No

4

FRAUDULENT MISREPRESENTATION – ROAD READY

12. Do you find that Road Ready made one or more false statements either knowing that the statement was untrue or with a reckless disregard for the truth of the matter in order to induce the Plaintiff to buy the vehicle?

_____ Yes \_\_\_X\_\_\_ No

*If your answer to 12 is "Yes", then please proceed to No. 13. If the answer to No. 12 is "No," then you have found in favor of Road Ready on the fraudulent misrepresentation claim, and you should skip Nos. 13 & 14 and proceed directly to No. 15.*

13. Do you find that the Plaintiff acted upon any false statement made by Road Ready in deciding to buy the vehicle?

_____ Yes _____ No

*If the answer to No. 13 is "Yes", then you have found that Plaintiff has prevailed against Road Ready on the fraudulent misrepresentation claim, and you should proceed to No. 14. If the answer to No. 13 is "No," then you have found for Road Ready on that claim, and you should skip No. 14 and proceed directly to No. 15.*

14. Do you find that Road Ready's fraudulent misrepresentation was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

_____ Yes _____ No

5

FRAUDULENT MISREPRESENTATION – SARACINO

15. Do you find that Saracino made one or more false statements either knowing that the statement was untrue or with a reckless disregard for the truth of the matter in order to induce the Plaintiff to buy the vehicle?

_____ Yes \_\_\_X\_\_\_ No

*If your answer to 15 is "Yes", then please proceed to No. 16. If the answer to No. 15 is "No," then you have found in favor of Mr. Saracino on the fraudulent misrepresentation claim, and you should skip Nos. 16 & 17 and proceed directly to No. 18.*

16. Do you find that the Plaintiff acted upon any false statement made by Saracino in deciding to buy the vehicle?

_____ Yes _____ No

*If the answer to No. 16 is "Yes", then you have found that Plaintiff has prevailed against Saracino on the fraudulent misrepresentation claim, and you should proceed to No. 17. If the answer to No. 16 is "No," then you have found for Road Ready on that claim, and you should skip No. 17 and proceed directly to No. 18.*

17. Do you find that Saracino's fraudulent misrepresentation was undertaken with reckless indifference to the rights of the Plaintiff or that it was an intentional and wanton violation of those rights, thereby entitling Plaintiff to punitive damages in an amount to be determined by the Court?

_____ Yes _____ No

NEGLIGENT MISREPRESENTATION – ROAD READY

18. Do you find that Road Ready supplied false information to Plaintiff without exercising reasonable care in obtaining or communicating the information and that the information was provided to induce plaintiff to purchase the vehicle?

_____ Yes \_\_\_X\_\_\_ No

*If your answer to 18 is "Yes", then please proceed to No. 19. If the answer to No. 18 is "No," then you have found in favor of Road Ready on the negligent misrepresentation claim, and you should skip Nos. 19 & 20 and proceed directly to No. 21.*

19. Do you find that the Plaintiff relied upon a false statement made by Road Ready or any of its representatives in deciding to buy the vehicle?

_____ Yes _____ No

*If the answer to 19 is "Yes", then you have found in favor of Plaintiff in the negligent misrepresentation claim against Road Ready. If the answer to No. 19 is "No," then you have found in favor of Road Ready on that claim.*

7

NEGLIGENT MISREPRESENTATION – SARACINO

20. Do you find that Mr. Saracino supplied false information to Plaintiff without exercising reasonable care in obtaining or communicating the information and that the information was provided to induce plaintiff to purchase the vehicle?

_____ Yes __X__ No

*If your answer to 20 is "Yes", then please proceed to No. 21. If the answer to No. 20 is "No," then you have found in favor of Mr. Saracino on the negligent misrepresentation claim, and you should skip No. 21 and proceed directly to the next section.*

21. Do you find that the Plaintiff relied upon a false statement made by Saracino in deciding to buy the vehicle?

_____ Yes _____ No

*If the answer to 21 is "Yes", then you have found in favor of Plaintiff in the negligent misrepresentation claim against Mr. Saracino. If the answer to No. 19 is "No," then you have found in favor of Mr. Saracino on that claim.*

*Instructions: If you have found for the Plaintiff on any of the claims, then you should proceed to the next section. If you have found for the defendants on every one of the claims, then you should complete and sign the verdict form without answering the remaining sections.*

8

REVOCATION OF ACCEPTANCE CLAIM

*Instructions: This section should be completed if you have answered "Yes" to any one of the following Interrogatories: Nos. 1, 4, 13, or 19. If you answered "No" or gave no answer to Nos. 1, 4, 13, and 19, then proceed to the next section.*

22. Do you find that Plaintiff accepted the vehicle without having discovered the nonconformity either because of the assurances of Road Ready or because of the difficulty of discovery?

  Yes _____ No

*If your answer to 22 is "Yes", then please proceed to No. 23. If the answer to No. 22 is "No," then you have found in favor of Road Ready on the revocation of acceptance claim, and you should proceed directly to the next section.*

23. Do you find that Plaintiff revoked acceptance of the vehicle within a reasonable time after he discovered or should have discovered the nonconformity and that he provided notice of his revocation to Road Ready?

  Yes _____ No

*If the answer to No. 23 is "Yes", then you have found for the Plaintiff on the revocation of acceptance claim, and he is entitled to a return of the $4,000 downpayment that he paid to Road Ready. You should include this amount when determining the total damages to which he is entitled in your response to No. 24 below. If the answer to No. 23 is "No," then you have found for Road Ready on the revocation of acceptance claim.*

DAMAGES

24. What amount, if any, do you award the Plaintiff for compensatory damages against Road Ready? If you find that the Plaintiff has not proven any damages, then you may award nominal damages of $1.

Damages Awarded Against Road Ready: $5,000

25. What amount, if any, do you award the Plaintiff for compensatory damages against Mr. Saracino? If you find that the Plaintiff has not proven any damages against Mr. Saracino, then you may award nominal damages of $1.

Damages Awarded Against Saracino: 0

26. If you have awarded damages against Mr. Saracino, please state the amount of the award that is duplicative of damages awarded against Road Ready in response to No. 24.

Portion of Award that is Duplicative: 0

Foreperson Juror # 7